IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>LAURA ELDRIDGE, et al.,<br><br>Defendants. | No.  2:19-CV-2037-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 12, requesting the Court to direct the Clerk of the Court to issue a "status report."  Plaintiff's motion is denied because the Clerk of the Court does not issue reports on the status of pending cases.  The Court will advise Plaintiff of any further action necessary by order.  The sufficiency of Plaintiff's complaint will be addressed separately.

IT IS SO ORDERED.

Dated:  October 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1