# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | No. 2:19-CV-2037-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| LAURA ELDRIDGE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for clarification and advice on why the office of the Clerk of the Court has not sent him requested copies of his previous motions. ECF No. 22. Plaintiff apparently sought a copy of his previous motion for an extension of time to file a first amended complaint. Id.

The Court will not entertain requests for status. Nor can the Court provide advice to Plaintiff about his case. The Court will deny the motion in that respect. The Court will, however, direct the Clerk to provide Plaintiff with one copy of Plaintiff's previous motion for an extension of time (ECF No. 21).

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for clarification and advice (ECF No. 22) is **DENIED**.

2. The Clerk of the Court shall provide Plaintiff with a copy of his previous motion for an extension of time (ECF No. 21).

Dated: July 6, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE