# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>LAUREN ELDRIDGE, et al.,<br><br>Defendants. | No. 2:19-CV-2037-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's requests, ECF Nos. 33 and 34, for copies of Plaintiff's First Amended Complaint. Plaintiff's requests are denied without prejudice to re-filing accompanied by payment in an amount totaling $0.50 per page of copies requested.

IT IS SO ORDERED.

Dated: October 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1