1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KRZYSZTOF F. WOLINSKI,                     No.  2:19-CV-2037-JAM-DMC-P

12              Plaintiff,

13      v.                                      ORDER

14   LAURA ELDRIDGE, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions, ECF No. 44 and 45, for an

19   extension of time to file a second amended complaint and leave to file an "oversized" second

20   amended complaint.  Good cause appearing for an extension of time based on Plaintiff's

21   declarations indicating limited law library access due to modified programming, Plaintiff's

22   motions for an extension of time are granted.  Plaintiff may file a second amended complaint

23   within 30 days of the date of this order.  Plaintiff's request for leave to file an "oversized" second

24   amended complaint is denied as unnecessary because the Federal Rules of Civil Procedure

25   / / /

26   / / /

27   / / /

28   / / /

1

1   impose no page limit on a party's pleadings.

2            IT IS SO ORDERED.

3   Dated:  April 12, 2022

4                                          _____
                                           DENNIS M. COTA
5                                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28