**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | No. 2:19-CV-2037-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| LAURA ELDRIDGE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 49, for an extension of time to file a second amended complaint. Good cause appearing for an extension of time based on Plaintiff's declaration indicating limited law library access due to modified programming, Plaintiff's motion for an extension of time is granted. Plaintiff may file a second amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: May 27, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1