IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>LAURA ELDRIDGE, et al.,<br><br>  Defendants. | No. 2:19-CV-2037-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 47, for "clarification" regarding his mailing address. Plaintiff requests the Court update his address to the California Health Care Facility in Stockton, California. Plaintiff's request is denied as unnecessary because Plaintiff's address has been updated on the docket as requested.

IT IS SO ORDERED.

Dated: September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1