IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | No. 2:19-CV-2037-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| LAURA ELDRIDGE, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions, ECF Nos. 59 and 60, for an extension of time to file a third amended complaint. Plaintiff's request for an order directing prison officials to provide accommodations is addressed by separate findings and recommendations.

      Plaintiff's motions for an extension of time will be granted. Plaintiff states that he is disabled under the Americans with Disabilities Act and requires additional time to arrange for law library access in order to research his case and prepare an amended complaint. Plaintiff has established good cause for an extension of time.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motions for an extension of time, ECF Nos. 59 and 60, are GRANTED.

2. Plaintiff may file a third amended complaint within 60 days of the date of this order.

Dated: August 11, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE