IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>LAURA ELDRIDGE, et al.,<br><br>Defendants. | No. 2:19-CV-2037-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Plaintiff's motion for clarification of the August 14, 2023, findings and recommendations denying injunctive relief, ECF No. 63; and (2) Plaintiff's motion for an extension of time to file objections to the August 14, 2023, findings and recommendations, ECF No. 65.

On August 14, 2023, the Court issued findings and recommendations denying Plaintiff's motions for injunctive relief at ECF Nos. 59 and 60. See ECF No. 62. In his pending motion for clarification, Plaintiff challenges the Court's analysis and argues that the Court has misunderstood his motions. See ECF No. 63. The Court has reviewed Plaintiff's filing and does not agree because, as explained in the findings and recommendations, Plaintiff has not demonstrated a likelihood of success on the merits or the possibility of irreparable injury. For this reason, Plaintiff's motion for clarification will be denied. Nonetheless, the Court will direct that

1

Plaintiff's motion be re-docketed as timely objections to the August 14, 2023, findings and recommendations, which will be presented to the District Judge for final determination. Plaintiff's motion for an extension of time to file objections will be denied as moot.

Finally, the Court will sua sponte grant Plaintiff additional time to file a third amended complaint consistent with the Court's July 27, 2023, order. If no third amended complaint is filed within the time permitted therefor, this action will proceed on the second amended complaint as limited by the Court's prior rulings.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for clarification, ECF No. 63, is to be re-docketed as an objection to the August 14, 2023 Findings and Recommendations, and shall be deemed timely submitted. All other relief in Plaintiff's motion for clarification is DENIED.

2. Plaintiff's motion for an extension of time to file objections, ECF No. 65, is DENIED as moot.

3. Plaintiff may file a third amended complaint within 30 days of the date of this order.

Dated: January 9, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2