UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>LAURA ELDRIDGE, et al.,<br><br>Defendants. | No. 2:19-cv-02037-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 59, 60, 62) |

Plaintiff Krzysztof F. Wolinski is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2023, plaintiff filed two motions for injunctive relief, specifically requesting a court order directing the warden of the California Health Care Facility to provide him access to the "ADA computer" in the prison law library. (Doc. Nos. 59, 60.) On August 14, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for injunctive relief be denied because plaintiff has not satisfied the requirements to obtain injunctive relief, specifically that plaintiff has not demonstrated a likelihood of success on the merits or irreparable harm absent the requested injunctive relief. (Doc. No. 62.) Moreover, in the findings and recommendations, the magistrate judge explained that "[t]o the extent plaintiff

1

needs additional time to arrange for law library and computer access, the court will accommodate plaintiff by granting additional time for good cause shown." (*Id.* at 2.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) On August 30, 2023, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 63.)

In his objections, plaintiff explains that he is *not* objecting to the findings and recommendations, and he thanks the court for allowing him additional time to prepare his documents. (*Id.* at 2.) Accordingly, plaintiff's objections provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 14, 2023 (Doc. No. 62) are adopted in full;
2. Plaintiff's motions for injunctive relief (Doc. Nos. 59, 60) are denied; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 26, 2024**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE