IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>LAURA ELDRIDGE, et al.,<br><br>    Defendants. | No.  2:19-CV-2037-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 69, for a 30-day extension of time to file a third amended complaint.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to various recent prison transfers and resulting temporary separation from his legal materials, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 69, is GRANTED.

2. Plaintiff shall file a third amended complaint within 30 days of the date of this order.

Dated:  May 14, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1