IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAUREN ELDRIDGE, et al.,<br><br>　　　　　Defendants. | No. 2:19-CV-2037-DAD-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions for additional time to file a third amended complaint. See ECF Nos. 76 and 77. Good cause appearing therefor, Plaintiff's motions are granted. Plaintiff shall file a third amended complaint within 30 days of the date of this order.

　　　　IT IS SO ORDERED.


Dated: August 21, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1