IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>LAUREN ELDRIDGE, et al.,<br><br>Defendants. | No. 2:19-CV-2037-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On August 21, 2024, the Court granted Plaintiff's motion for an extension of time and directed Plaintiff to file a third amended complaint within 30 days. See ECF No. 78. Plaintiff has been warned that failure to comply with court rules and orders may result in dismissal of the action. As of October 24, 2024, Plaintiff had not filed a third amended complaint as directed and the Court issued findings and recommendations that this action be dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders. See ECF No. 80. Plaintiff filed objections on November 7, 2024. See ECF No. 81.

///

///

///

1

In his objections, Plaintiff states that his ability to file a third amended complaint since August 2024 has been hindered by various prison transfers, separation from his legal materials, and interference with his access to the prison law library allegedly caused by prison officials.  See id.  Good cause appearing therefor, the Court will vacate the October 24, 2024, findings and recommendations and provide Plaintiff a final opportunity to file a third amended complaint.  Plaintiff is once again cautioned that this action may dismissed in its entirety if Plaintiff fails to comply.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on October 24, 2024, are vacated.

2. Plaintiff shall file a third amended complaint within 30 days of the date of this order.

Dated:  March 3, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE