UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRZYSZTOF F. WOLINSKI,

Plaintiff,

v.

LAURA ELDRIDGE, et al.,

Defendants.

No. 2:19-cv-02037-DAD-DMC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 84)

Plaintiff Krzysztof F. Wolinski is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2023, the assigned magistrate judge screed plaintiff's second amended complaint and found that plaintiff had failed to allege a cognizable supervisor liability claim against defendant Eldridge or a cognizable excessive force claim against defendant Tennis, but had otherwise stated cognizable due process, retaliation, and excessive force claims. (Doc. No. 58 at 6–8.) Accordingly, the assigned magistrate judge granted plaintiff leave to amend to address the deficiencies identified in that order by filing a third amended complaint. (*Id.* at 8–9.) On February 27, 2025, plaintiff filed his third amended complaint ("TAC"). (Doc. No. 82.) On October 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's TAC be allowed to proceed on those claims previously found to be

1

cognizable as well as plaintiff's supervisorial liability claim brought against defendant Eldridge, and that all other claims be dismissed. (Doc. No. 84.) Specifically, the assigned magistrate judge found that plaintiff had failed to address the deficiency previously identified as to his excessive force claim brought against defendant Tennis, which was that plaintiff had failed to allege that defendant Tennis had physically injured him. (*Id.* at 12.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 13.) To date, no parties have filed objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above,

1. The findings and recommendations issued on October 15, 2025 (Doc. No. 84) are ADOPTED in full;

2. Plaintiff's claim brought against defendant Tennis for use of excessive force is DISMISSED without further leave to amend;

3. This action proceeds on the cognizable claims identified in the assigned magistrate judge's findings and recommendations (Doc. No. 84 at 13); and

4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **April 16, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE